**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:       In re Gregory T. Josefsberg

Appellate case number:   01-21-00412-CV

Trial court case number:  2018-87179

Trial court:                        165th District Court of Harris County

Relator Gregory T. Josefsberg filed a petition for writ of mandamus and a corresponding motion for temporary relief to stay the trial court's order issued on July 20, 2021, pending adjudication of his petition for writ of mandamus. We **grant** the motion for temporary relief and stay the portion of the trial court's July 20, 2021 order requiring Relator to "provide answers to Rachel Ann Roberts' [Rule 202] deposition by written questions no later than July 30, 2021." This order will remain in effect until relator's petition for writ of mandamus is finally decided or until further order from this Court.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                            Acting individually

Date:  July 30, 2021